

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-21-00465-CR

Ted Allen **WRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12275
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief on appellant and has informed appellant of his right to review the record and file his own brief. *See Kelly v. State*, 436 S.W.3d 313, 320 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant may obtain a copy of the appellate record by filing a motion for *pro se* access to the record in this court on or before November 30, 2022. If appellant desires to file a *pro se* brief, he must do so **on or before December 21, 2022.** *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court. Alternatively, if appellant does not file a timely *pro se* brief, the State may file a brief in response to counsel's brief no later than thirty days after the *pro se* brief is due.

Counsel's brief contains a motion to withdraw. We ORDER the motion to withdraw to be HELD IN ABEYANCE pending further order of the court. We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_Liza A. Rodriguez_

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_Michael A. Cruz_

Michael A. Cruz,
Clerk of Court